FILED
CLERK, U.S. DISTRICT COURT
10/29/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case 2:20-cv-03126-PSG-GJS |
| Plaintiff, | [~~proposed~~] **Judgment** (re: Default Judgment) |
| v. | |
| **Eric Han;** **Safety Cycles Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

1

1   Upon review of the court files, the application for default judgment,
2  the declarations submitted in support of the default judgment, and the
3  evidence presented having been fully considered, it is hereby ordered and
4  adjudged that plaintiff Chris Langer shall have monitary JUDGMENT in his
5  favor and against defendants Eric Han and Safety Cycles Inc., for $4,398.50
6  in attorney's fees and costs.

   Additionally, defendants Eric Han and Safety Cycles Inc., are ordered
to provide wheelchair accessible parking space at the Safety Cycle store
located at 1018 N. Western Avenue, Los Angeles, California, in compliance
with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 10/29/2020   By:_____
                         United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff